

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2021

No. 04-20-00438-CV

**IN RE** Luis and Olga **ORTIZ** and J.E.N., a minor child

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2020-099-CIV
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice - not participating
Rebeca C. Martinez, Chief Justice
Luz Elena Chapa, Justice

Real Party In Interest's motion for rehearing is DENIED.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court